ARCHIBALD T. MACKENZIE, Plaintiff, v. ADOLPH KLEIN, Appellant, Impleaded

45

with ERNEST SCHMITZ, Respondent, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.